# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NAMICHA LACEY

NO. 2025 KW 0888

**NOVEMBER 17, 2025**

---

In Re:   Namicha Lacey, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-07-0502.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.** The record of the East Baton Rouge Parish Office of the Clerk of Court shows that on July 1, 2025, the district court denied relator's request for testing. The record further shows that on April 18, 2024, the district court denied relator's second or subsequent application for postconviction relief, wherein relator requested testing of evidence.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT